UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

Case No.  SACV 10-1399-JST (RNBx)                                         Date:  August 24, 2011
Title:  PETER MACH v. CVS RX SERVICES, INC., et al.

Present: **Honorable JOSEPHINE STATON TUCKER, UNITED STATES DISTRICT JUDGE**

| Nancy Boehme | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFF:     ATTORNEYS PRESENT FOR DEFENDANT:

   Not Present                                                                                          Not Present

**PROCEEDINGS:**   (IN CHAMBERS) ORDER TO SHOW CAUSE FOR FAILURE TO FILE A MEMORANDUM OF CONTENTIONS OF FACT AND LAW

      On December 1, 2010, the Court issued an Order on Jury Trial that ordered the parties to file a Memorandum of Contentions of Fact and Law no later than twenty-one (21) days before the Final Pretrial Conference. (Order on Jury Trial, Doc. 18.) To date, the Court has not received a Memorandum of Contentions of Fact and Law from any party.

      Accordingly, the Court orders all counsel to show cause why the Court should not dismiss this matter, enter a default, and/or impose sanctions for counsel's failure to timely file the referenced trial document.  No later than **August 26, 2011**, counsel shall file the document and a separate written response explaining their disregard of the Court's Order on Jury Trial.

Initials of Preparer:  nkb